1012

No. 87–5261. EAGLE HAWK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5265. KITCHENS-SHUMOW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5272. SMITH *v.* MCMILLIAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5302. MONAHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5311. MORRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5320. RODRIGUEZ-PAGAN *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 87–5335. NEWMAN *v.* TERRY, ATTORNEY GENERAL OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 87–5401. DANNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5407. MARTINELLI *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5434. GRIZZLE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 87–5458. PHILLIPS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5489. BENNETT *v.* NORTH AMERICAN VAN LINES ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5517. CASPER *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5532. CHAMBERS *v.* GETTY ET AL. C. A. 8th Cir. Certiorari denied.